IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN L. PATTON,

   Plaintiff,

    v.

SGT. MILLINES
OF THE CLASSIFICATION UNIT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3025-TWT

### ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the Fulton County Sheriff's Office and allowing the claim against Sgt. Millines to continue. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 7 day of May, 2013.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\12\Patton\r&r.wpd