IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JONATHAN L. PATTON,

   Plaintiff,

    v.

SGT. MILLINES
OF THE CLASSIFICATION UNIT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3025-TWT

**ORDER**

This is a pro se prisoner civil rights action alleging that the Defendant Millines failed to protect him against an attack by another inmate. It is before the Court on the Report and Recommendation [Doc. 38] of the Magistrate Judge recommending denying the Plaintiff's Motion for Summary Judgment [Doc. 27] and granting the Defendants' Motion for Summary Judgment [Doc. 33]. No objections were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Summary Judgment [Doc. 27] is DENIED. The Defendants' Motion for Summary Judgment [Doc. 33] is GRANTED.

T:\ORDERS\12\Patton\r&r2.wpd

SO ORDERED, this 20 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge